UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CONNAN DALE JOHNSON,

    Plaintiff,

v.                                                                                        Case No. 19-C-1158

SHERI L. PIONTEK, et al.,

    Defendants.

## ORDER

The court issued a screening order on August 28, 2019, dismissing Plaintiff's complaint for failure to state a claim. Plaintiff filed a notice of appeal on September 30, 2019. Presently before the court is Plaintiff's motion to strike the judgment and cancel the strike against him. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *United States v. McHugh*, 528 F.3d 538, 540 (7th Cir. 2008). Because Plaintiff filed a notice of appeal in this case, the district court no longer has jurisdiction over Plaintiff's case. Accordingly, Plaintiff's motion to strike the judgment and cancel the strike against him (Dkt. No. 18) is **DENIED**.

    **SO ORDERED** this 4th day of November, 2019.

                                                          s/ William C. Griesbach
                                                           William C. Griesbach, District Judge
                                                           United States District Court - WIED